AUGUSTUS B. PIPER, Respondent, v. STANDARD KNITTING MILLS, Appellant.— Order modified by providing that in lieu of producing the books of the defendant which are in the State of Ohio, the defendant may produce a sworn copy of their contents which relate to the matter specified

in the order; and as modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.